JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUAN HERNANDEZ, an individual,, <br><br> Plaintiff, <br><br> v. <br><br> DVA RENAL HEALTHCARE, INC., a corporate entity form unknown; and DOES 1-50, inclusive, <br><br> Defendant. | Case No. 2:20-cv-09119-SVW-MRW <br><br> **ORDER GRANTING PARTIES' JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41** |

Based on stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff Juan Hernandez's entire action as against all parties is dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) and Rule 41(a)(1)(B) and that each party shall bear its own costs and fees.

**IT IS SO ORDERED**

Dated: February 24, 2021

_____
Honorable Stephen V. Wilson
United States District Judge

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 333 South Hope Street, 43rd Floor, Los Angeles, CA 90071-1422.

On February 22, 2021, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING PARTIES' JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41** on the interested parties in this action as follows:

**SERVICE LIST**

| | |
|---|---|
| Jihad M. Smaili<br>Smaili & Associates, PC<br>Civic Center Plaza Towers<br>600 W. Santa Ana Blvd., Suite 202<br>Santa Ana, CA 92701<br>Tel: 714-547-4700<br>Fax: 714-547-4710<br>jihad@smaililaw.com | Attorneys for Plaintiff |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 22, 2021, at Los Angeles, California.

_____
Cynthia I. Coblentz